# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER SCOTT, #R31806, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-cv-01127-JPG ) |
| DR. SIDDIQUI, DR. RITZ, and WEXFORD HEALTH SERVICES, INC., | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

This matter having come before the Court, District Judge J. Phil Gilbert, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having stipulated to dismissal of others,

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims in this case against defendants Dr. Siddiqui, Dr. Ritz, and Wexford Health Services, Inc., are dismissed with prejudice and with each party to bear his/her/its own costs.

**DATED**: February 21, 2020

MARGARET M. ROBERTIE, CLERK

By: s/ Tanya Kelley
      Deputy Clerk

APPROVED: s/J. Phil Gilbert
              J. PHIL GILBERT
              United States District Judge